**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

AIRLOUIE LLC,

Plaintiff,

v. Case No. 8:09-cv-1933-T-30EAJ

HAWKER BEECHCRAFT SERVICES, INC.,

Defendant.
_______________________________________/

**ORDER OF DISMISSAL**

The Court has been advised via a Notice of Settlement in Principle and Unopposed Request for 60-Day Stay (Dkt. #29) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on August 3, 2010.

James S. Moody, Jr.
**JAMES S. MOODY, JR.**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2009\09-cv-1933.dismiss 29.wpd